# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | **AMENDED** |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **FIRST MOTION TO CONTINUE TRIAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:07-cr-062 |
| Douglas John Delorme, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the "Defendant's First Motion to Continue Trial" filed on August 17, 2007.  The trial is currently scheduled to commence on September 18, 2007.  Defense counsel asserts he needs additional time to complete the investigation and prepare for trial and requests that the trial be continued.  The Government does not object to a reasonable continuance.

The Court finds that there is good cause to continue the trial and that the ends of justice are best served by continuing the trial pursuant to 18 U.S.C. § 3161 (h)(8)(A).  Accordingly, the Court **GRANTS** the motion.  (Docket No. 17).  Trial shall be rescheduled for Tuesday, November 27, 2007, at 9:30 a.m. in Minot before Judge Hovland.  A two (2) day trial is anticipated.  All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation.  See 18 U.S.C. § 3161(h)(8)(A), and (h)(8)(B)(iv).

**IT IS SO ORDERED**.

Dated this 30th day of August, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court